## Robert White et al., Appellants, v. Annie Rezek and Harry A. Rezek, Appellees.

### Gen. No. 18,643. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed December 2, 1913.

### Statement of the Case.

Action by Robert White, Roy B. Tabor and J. P. Strickland, copartners trading as White & Tabor, against Annie Rezek and Harry A. Rezek to recover commissions for negotiating a sale of real estate. From a judgment for defendants, plaintiffs appeal.

GANN, PEAKS & TOWNLEY, for appellants.

LEWIS F. JACOBSON, for appellees.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

1. BROKERS, § 50*—*terms of sale must be accepted before offer is withdrawn.* Where a broker representing the seller of land conducts negotiations with both the purchaser and the seller and there is no unconditional acceptance of all the terms of the sale before the offer of sale is withdrawn, the broker is not entitled to commissions.

2. BROKERS, § 40*—*when willingness of purchaser to accept terms offered is not shown.* Parties to a contract of sale were bargaining upon the understanding that a written and binding contract would have to be drawn up and signed by the parties, stating the terms of the contract in full, before the broker could claim commissions. There was a dispute as to who should pay a special assessment and the broker offered to pay the amount and deduct it from his commissions, but neither party acceded to the proposition. The broker prepared a contract that both parties refused to sign. *Held,* there was no meeting of the minds between the parties and the broker was not entitled to commissions.

CLARK, J., dissenting.